# STATE BAR OF TEXAS

ACCEPTED
15-25-00144-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/4/2025 2:09 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/4/2025 2:09:28 PM
CHRISTOPHER A. PRINE
Clerk



Office of the Chief Disciplinary Counsel

September 4th, 2025         BY ELECTRONIC FILING

Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re: *Rich Robins v. State Bar of Texas, et. al.*; No. 15-25-00144-CV

Dear Mr. Prine:

Please accept this letter as a Notice of Appearance and Designation of Lead Counsel for the State Bar of Texas, Commission for Lawyer Discipline and Chief Disciplinary Counsel, Appellees, in the case referenced above.

Please direct all communications concerning this matter to:

> Michael G. Graham, Appellate Counsel
> State Bar Card No. 24113581
> Office of the Chief Disciplinary Counsel
> State Bar of Texas
> P.O. Box 12487
> Austin, Texas 78711
> michael.graham@texasbar.com

If you have any questions, please feel free to contact me at (512) 427-1350.

Thank you for your assistance.

Sincerely,

/s/ *Michael G. Graham*
Michael G. Graham
Appellate Counsel

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing Appellees' Notice of Appearance and Designation of Lead Counsel has been served on Appellant, Rich Robins, 2450 Louisiana Street #100-155, Houston, Texas 77006-2380, by electronic service through this Court's electronic filing service provider on the 4th day of September 2025.

/s/ Michael G. Graham

MICHAEL G. GRAHAM
APPELLATE COUNSEL
STATE BAR OF TEXAS

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lauren Baisdon on behalf of Michael Graham
Bar No. 24113581
lbaisdon@texasbar.com
Envelope ID: 105209437
Filing Code Description: Letter
Filing Description: Letter
Status as of 9/4/2025 2:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Robins | | Rich@ConsumerRights.us | 9/4/2025 2:09:28 PM | SENT |
| Michael Graham | 24113581 | Michael.Graham@TEXASBAR.COM | 9/4/2025 2:09:28 PM | SENT |
| Royce Lemoine | 24026421 | royce.lemoine@texasbar.com | 9/4/2025 2:09:28 PM | SENT |